AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

RECEIVED
2014 FEB 10 AM 11: 36
CLERK, MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

| | |
|---|---|
| JAMES L. CHRISSINGER, an individual, <br><br> *Plaintiff(s)* <br> v. <br><br> PRIDE ACQUISITIONS, LLC, a foreign limited liability company, CRAIG B. SANDERS, individually, and BAKER SANDERS, LLC, a foreign limited liability company, <br> *Defendant(s)* | Civil Action No. 8:14-CV-330-T-17TBM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* PRIDE ACQUISITIONS, LLC
c/o Registered Agent
INCORP SERVICES
1201 Orange Street, Ste. 600
Wilmington, DE 19899

DATE _____ TIME _____

INITIAL _____ BADGE# _____

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Scott D. Owens, Esq.
Florida Bar No. 0597651
SCOTT D. OWENS, P.A.
664 E. Hallandale Beach Blvd.
Hallandale, FL 33009
Tel: 954-589-0588

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2/10/14

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

RECEIVED

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

2014 FEB 10 AM 11: 36

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

JAMES L. CHRISSINGER,
an individual,

*Plaintiff(s)*

v.

Civil Action No. 8:14-CV-330-T-17TGW

PRIDE ACQUISITIONS, LLC,
a foreign limited liability company,
CRAIG B. SANDERS, individually, and BAKER
SANDERS, LLC, a foreign limited liability company,

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CRAIG B. SANDERS
100 Garden City Plaza
Ste. 500
Garden City, NY 11530

(Place of Employment)

DATE _____ TIME _____

INITIAL _____ BADGE# _____

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Scott D. Owens, Esq.
Florida Bar No. 0597651
SCOTT D. OWENS, P.A.
664 E. Hallandale Beach Blvd.
Hallandale, FL 33009
Tel: 954-589-0588

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2/10/14

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

RECEIVED

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

2014 FEB 10 AM 11: 36

MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

| | |
|---|---|
| JAMES L. CHRISSINGER, an individual, | ) ) ) ) |
| Plaintiff(s) | ) ) |
| v. | ) Civil Action No. 8:14-CV-330-T-17TGW |
| PRIDE ACQUISITIONS, LLC, a foreign limited liability company, CRAIG B. SANDERS, individually, and BAKER SANDERS, LLC, a foreign limited liability company, | ) ) ) DATE _____ TIME ___3____ ) ) |
| Defendant(s) | ) INITIAL _____ BADGE# _____ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   BAKER SANDERS, LLC
c/o Registered Agent
100 Garden City Plaza
Ste. 500
Garden City, NY 11530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Scott D. Owens, Esq.
Florida Bar No. 0597651
SCOTT D. OWENS, P.A.
664 E. Hallandale Beach Blvd.
Hallandale, FL 33009
Tel: 954-589-0588

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2/10/14

_____
*Signature of Clerk or Deputy Clerk*