UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| JAMES L. CHRISSINGER, ) <br> an individual, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PRIDE ACQUISITIONS, LLC, ) <br> a foreign limited liability company, ) <br> CRAIG B. SANDERS, individually, and ) <br> BAKER SANDERS, LLC, ) <br> a foreign limited liability company ) <br> ) <br> Defendant. | Case No. 8:14-cv-00330-EAK-TGW |

## NOTICE OF SETTLEMENT

Plaintiff, JAMES L. CHRISSINGER, hereby notifies the Court that a settlement has been reached between the parties, pending execution of settlement documents and releases. Plaintiff anticipates completion of same within ten (10) business days.

Dated: March 14, 2014

Respectfully submitted,

 s/ Scott D. Owens
Scott D. Owens, Esq.
664 E. Hallandale Beach Blvd.
Hallandale, FL 33009
Tel:    954-589-0588
Fax:    954-337-0666
scott@scottdowens.com

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on March 14, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date via U.S. mail and/or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

                                          By: /s/ Scott D. Owens
                                              SCOTT D. OWENS, ESQ.