UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Tampa Division

| | |
|---|---|
| JAMES L. CHRISSINGER,<br>an individual,<br><br>　　　Plaintiff,<br><br>v.<br><br>PRIDE ACQUISITIONS, LLC,<br>a foreign limited liability company,<br>CRAIG B. SANDERS, individually, and<br>BAKER SANDERS, LLC,<br>a foreign limited liability company<br><br>　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 8:14-cv-00330-EAK-TGW<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 42(a)(1)(A)(i), Plaintiff James L. Chrissinger hereby notifies the Court that this cause may be dismissed with prejudice.

Respectfully submitted,

*/s/ Scott D. Owens*
SCOTT D. OWENS, ESQ.
664 E. Hallandale Beach Blvd.
Hallandale, Florida 33009
Phone 954-589-0588
Fax     954-337-0666
scott@scottdowens.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on March 24, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date via U.S. mail and/or some other authorized manner for those counsel or parties below, if any, who are not authorized to receive electronically Notices of Electronic Filing.

PRIDE ACQUISITIONS, LLC
c/o Incorp Services, Inc. (Registered Agent)
1201 Orange St., Ste. 600
One Commerce Center
Wilmington, Delaware 19889

CRAIG SANDERS
100 Garden City Plaza
Suite 500
Garden City, New York 11530

BAKER SANDERS, LLC
100 Garden City Plaza
Suite 500
Garden City, New York 11530

Respectfully submitted,

*/s/ Scott D. Owens*
SCOTT D. OWENS, ESQ.